**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7486**

---

MUHAMMAD ABD SALEEM EURY,

                                    Plaintiff - Appellant,

        versus

MAYO, sued in individual capacity; MARTIN,
sued in individual capacity; F. FIELDS, sued
in individual capacity; JOHNSON, sued in indi-
vidual capacity; MR. GLENDE, sued in individ-
ual capacity; A. JONES, sued in individual
capacity,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-01-94-2)

---

Submitted:  January 17, 2002          Decided:  January 29, 2002

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Muhammad Abd Saleem Eury, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Muhammad Abd Saleem Eury appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. The court dismissed Eury's complaint because he failed to comply with an order directing him to either submit an adequate number of copies of the complaint or pay $5.50 for copying fees. Because Eury may proceed with this action by supplying an adequate number of copies of the complaint or paying the requisite fee, the order in question is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2